JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNG CHOI, | CV 20-02345 PA (JPRx) |
|     Plaintiff, | JUDGMENT |
|   v. | |
| ANDRANIK MORADIAN, | |
|     Defendant. | |

Pursuant to the Court's September 14, 2020 Order dismissing this action for lack of prosecution and for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: September 14, 2020

                                            Percy Anderson
                              UNITED STATES DISTRICT JUDGE